# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN HUERTA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. EP-23-CV-421-KC** |
| | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Order reversing and remanding the case for further administrative proceedings, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Social Security Administration for further proceedings.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 9th day of April, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE